UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARMONY NASON,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, MARCIA FUDGE, JOHN AND JANE DOES 1-50,<br><br>               Defendants. | CASE NO. 2:22-cv-00887-RAJ-BAT<br><br>**BRIEFING SCHEDULE** |

On August 5, 2022, Plaintiff Harmony Nason filed an Emergency Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. 12). Although Plaintiff has not yet served the United States Department of Housing and Urban Development ("HUD") through the U.S. Attorney's Office, it is aware of the motion and has filed an intent to file a written opposition by 5:00 p.m. on Monday August 15, 2022. Dkt. 15. The government confirms that the current property owner does not intend to evict Plaintiff imminently. Dkt. 16, Declaration of Nickolas Bohl. Accordingly, it is **ORDERED**:

    1)    HUD shall file a written opposition to Plaintiff's motion by **5:00 PM on Monday, August 15, 2022**;

    2)    Plaintiff may file a reply to HUD's written opposition by **5:00 PM on Thursday, August 18, 2022**.

BRIEFING SCHEDULE - 1

3) Plaintiff's motion (Dkt. 12) is **re-noted for Friday, August 19, 2022**.

DATED this 11th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

BRIEFING SCHEDULE - 2