UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY NASON,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and MARCIA FUDGE, in her official capacity as Secretary of U.S. Department of Housing and Urban Development, *et al*.,

    Defendants.

Case No. 2:22-cv-00887-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the objections of the parties and the remaining record, finds and **ORDERS**:

(1) The Report and Recommendation (Dkt. 23) is approved and adopted;

(2) Plaintiff's Emergency Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. 12) is **DENIED**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 19th day of October, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1