HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARMONY NASON,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and MARCIA FUDGE, *et al.*,

    Defendants.

Case No. 2:22-cv-00887-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the objections of the parties and the remaining record, finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' Motion to Dismiss (Dkt. 24) is **GRANTED**; Plaintiff's complaint is **dismissed with prejudice**.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of April, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1